

U.S. Department of Justice

United States Attorney
Eastern District of New York

PT
F.#2012R01872

271 Cadman Plaza East
Brooklyn, New York 11201

December 31, 2014

By Hand and ECF

The Honorable Dora L. Irizarry
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. John Sampson
     Criminal Docket No. 13-269 (S-4)(DLI)

Dear Judge Irizarry:

   Reply memoranda in support the government's motions in limine are due to be filed on January 5, 2015.  In light of the many complicated factual and legal issues that were raised in the government's initial memorandum in support of those motions, as well as the defendant's twenty-five page opposition memorandum, the government respectfully requests permission to file a reply memorandum of up to twenty-five pages in length.  The defendant consents to this request.

          Respectfully submitted,

          LORETTA E. LYNCH
          United States Attorney

     By:  /s/  Paul Tuchmann
        Paul Tuchmann
        Alexander A. Solomon
        Marisa Megur Seifan
        Assistant U.S. Attorneys
        (718) 254-6294/6074/6008

cc: Nick Akerman, Esq. (by Fedex and ECF)
   Joshua Colangelo-Bryan, Esq. (by Fedex and ECF)